UNITED STATES of America,
Plaintiff—Appellee,

v.

James A. BUTLER, Defendant—
Appellant.

No. 07–6856.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 28, 2007.

Decided: Dec. 28, 2007.

James A. Butler, Appellant Pro Se. Gurney Wingate Grant II, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James A. Butler appeals the district court's orders denying his 18 U.S.C. § 3582(c)(2) (2000) motion and his motion for reconsideration. We have reviewed the record and find that the appeal is frivolous. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *United States v. Butler*, No. 3:91–cr–00044 (E.D. Va. Apr. 17 & May 3, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*DISMISSED.*